GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
JASON B. STAVERS, SBN 249072
JStavers@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**E-Filed 3/2/09**

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C08-05308-JF-PVT<br>ORDER APPROVING<br>**STIPULATION AND REQUEST FOR COURT ORDER FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT AND RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 6-2] |

PLAINTIFF YAHOO! INC. ("Yahoo!") and DEFENDANT AMERICAN AIRLINES, INC. ("American," and, collectively, the "Parties") by and through their counsel of record, hereby stipulate and request as follows:

WHEREAS, Yahoo! Inc. served its complaint in the above-entitled action (the "Yahoo! Action") on December 16, 2008.

WHEREAS, the Parties previously stipulated that American's response to Yahoo!'s complaint would be due on March 6, 2009.

WHEREAS, this Court's November 21, 2008 Order Setting Initial Case Management Conference and ADR Deadlines set the initial case management conference in the Yahoo! Action for April 17, 2009, and set other deadlines accordingly.

WHEREAS, on November 24, 2008, Yahoo! filed a motion in the Northern District of Texas seeking to transfer a separate proceeding entitled *American Airlines, Inc. v. Yahoo! Inc. and Overture Services, Inc.*, Civil Action No. 4-08-CV-626-A (N.D.Tex.) (the "American Action") to the Northern District of California, and the district court denied Yahoo!'s motion on January 16, 2009.

WHEREAS, Yahoo! has sought a writ of mandamus from the United States Court of Appeals for the Fifth Circuit ordering the transfer of the American Action to this District.

WHEREAS, the American Action presents issues which are similar and related to those presented by the Yahoo! Action.

WHEREAS, once Yahoo!'s petition is granted or denied, the Parties expect to further negotiate and possibly seek guidance from this Court and/or from the United States District Court for the Northern District of Texas regarding the prosecution of both actions.

WHEREAS, Civil Local Rule 6-2 permits the Parties to file a stipulation requesting an order for the enlargement of time.

1. The Parties request an order from this Court:
   a) extending the time for American to respond to Yahoo!'s complaint to May 6, 2009;
   b) rescheduling the Initial Case Management Conference for June 19, 2009 at 10:30 am, or for a later date and time that is convenient for the Court.

2. Neither this stipulation, nor its filing with the Court, constitutes an appearance by American in the above-entitled action.

3. Neither this stipulation, nor its filing with the Court, will be used by the Parties to alter any other event or deadline already set by the Court, or any event or deadline set in the American Action.

4. Neither this stipulation, nor its filing with the Court, will be used by the Parties to effect any future actions before this Court, or any currently pending or future actions in the American Action.

5. Neither this stipulation, nor its filing with the Court, will be used by the Parties to limit the Parties' rights in any way in the Yahoo! Action or in the American Action.

DATED: February 27, 2009

           GIBSON, DUNN & CRUTCHER LLP
           Attorneys for Defendant
           AMERICAN AIRLINES, INC.

           /s/ Frederick Brown
           Frederick Brown

DATED:

           MORRISON & FOERSTER LLP
           Attorneys for Plaintiff
           YAHOO! INC.

           /s/ Lynn Humphreys
           Lynn Humphreys

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

SIGNED: _____

    The Honorable Jeremy Fogel

DATED: __3/2/09_____

100611367_1.DOC