Yahoo! Inc. v. American Airlines, Inc. Doc. 14 Att. 1

# EXHIBIT A-2

Dockets.Justia.com

# EXHIBIT A

## Google Inc. Advertising Program Terms

These Google Inc. Advertising Program Terms ("**Terms**") are entered into by, as applicable, the customer signing these Terms or any document that references these Terms or that accepts these Terms electronically ("**Customer**") and Google Inc. ("**Google**"). These Terms govern Customer's participation in Google's advertising program(s) ("**Program**") and, as applicable, any insertion orders or service agreements ("**IO**") executed by and between the parties and/or Customer's online management of any advertising campaigns. These Terms and any applicable IO are collectively referred to as the "**Agreement**." Google and Customer hereby agree and acknowledge:

1 **Policies.** Program use is subject to all applicable Google and Partner policies, including without limitation the Editorial Guidelines (adwords.google.com/select/guidelines.html), Google Privacy Policy (www.google.com/privacy.html) and Trademark Guidelines (www.google.com/permissions/guidelines.html), and Google and Partner ad specification requirements (collectively, "**Policies**"). Policies may be modified at any time. Customer shall direct only to Google communications regarding Customer ads on Partner Properties. Some Program features are identified as "**Beta,**" "**Ad Experiment,**" or otherwise unsupported ("**Beta Features**"). To the fullest extent permitted by law, Beta Features are provided "**as is**" and at Customer's option and risk. Customer shall not disclose to any third party any information from Beta Features, existence of non-public Beta Features or access to Beta Features. Google may modify ads to comply with any Policies.

2 **The Program**. Customer is solely responsible for all: (a) ad targeting options and keywords (collectively "**Targets**") and all ad content, ad information, and ad URLs ("**Creative**"), whether generated by or for Customer; and (b) web sites, services and landing pages which Creative links or directs viewers to, and advertised services and products (collectively "**Services**"). Customer shall protect any Customer passwords and takes full responsibility for Customer's own, and third party, use of any Customer accounts. Customer understands and agrees that ads may be placed on (y) any content or property provided by Google ("**Google Property**"), and, unless Customer opts out of such placement in the manner specified by Google, (z) any other content or property provided by a third party ("**Partner**") upon which Google places ads ("**Partner Property**"). Customer authorizes and consents to all such placements. With respect to AdWords online auction-based advertising, Google may send Customer an email notifying Customer it has 72 hours ("**Modification Period**") to modify keywords and settings as posted. The account (as modified by Customer, or if not modified, as initially posted) is deemed approved by Customer in all respects after the Modification Period. Customer agrees that all placements of Customer's ads shall conclusively be deemed to have been approved by Customer unless Customer produces contemporaneous documentary evidence showing that Customer disapproved such placements in the manner specified by Google. With respect to all other advertising, Customer must provide Google with all relevant Creative by the due date set forth in that Program's applicable frequently asked questions at www.google.com ("FAQ") or as otherwise communicated by Google. Customer grants Google permission to utilize an automated software program to retrieve and analyze websites associated with the Services for ad quality and serving purposes, unless Customer specifically opts out of the evaluation in a manner specified by Google. Google may modify any of its Programs at any time without liability. Google also may modify these Terms at any time without liability, and Customer's use of the Program after notice that these Terms have changed constitutes Customer's acceptance of the new Terms. Google or Partners may reject or remove any ad or Target for any or no reason.

3 **Cancellation**. Customer may cancel advertising online through Customer's account if online cancellation functionality is available, or, if not available, with prior written notice to Google, including without limitation electronic mail. AdWords online auction-based advertising cancelled online will cease serving shortly after cancellation. The cancellation of all other advertising may be subject to Program policies or Google's ability to re-schedule reserved inventory or cancel ads already in production. Cancelled ads may be published despite cancellation if cancellation of those ads occurs after any applicable commitment date as set forth in advance by the Partner or Google, in which case Customer must pay for those ads. Google may cancel immediately any IO, any of its Programs, or these Terms at any time with notice, in which case Customer will be responsible for any ads already run. Sections 1, 2, 3, 5, 6, 7, 8, and 9 will survive any expiration or termination of this Agreement.

4 **Prohibited Uses; License Grant; Representations and Warranties.** Customer shall not, and shall not authorize any party to: (a) generate automated, fraudulent or otherwise invalid impressions, inquiries, conversions, clicks or other actions; (b) use any automated means or form of scraping or data extraction to access, query or otherwise collect Google advertising related information from any Program website or property except as expressly permitted by Google; or (c) advertise anything illegal or engage in any illegal or fraudulent business practice. Customer represents and warrants that it holds and hereby grants Google and Partners all rights (including without limitation any copyright, trademark, patent, publicity or other rights) in Creative, Services

and Targets needed for Google and Partner to operate Programs (including without limitation any rights needed to host, cache, route, transmit, store, copy, modify, distribute, perform, display, reformat, excerpt, analyze, and create algorithms from and derivative works of Creative or Targets) in connection with this Agreement ("**Use**"). Customer represents and warrants that (y) all Customer information is complete, correct and current; and (z) any Use hereunder and Customer's Creative, Targets, and Customer's Services will not violate or encourage violation of any applicable laws, regulations, code of conduct, or third party rights (including without limitation intellectual property rights). Violation of the foregoing may result in immediate termination of this Agreement or customer's account without notice and may subject Customer to legal penalties and consequences.

5 **Disclaimer and Limitation of Liability.** To the fullest extent permitted by law, GOOGLE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION FOR NONINFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE. To the fullest extent permitted by law, Google disclaims all guarantees regarding positioning, levels, quality, or timing of: (i) costs per click; (ii) click through rates; (iii) availability and delivery of any impressions, Creative, or Targets on any Partner Property, Google Property, or section thereof; (iv) clicks; (v) conversions or other results for any ads or Targets; (vi) the accuracy of Partner data (e.g. reach, size of audience, demographics or other purported characteristics of audience); and (vii) the adjacency or placement of ads within a Program. Customer understands that third parties may generate impressions or clicks on Customer's ads for prohibited or improper purposes, and Customer accepts the risk of any such impressions and clicks. Customer's exclusive remedy, and Google's exclusive liability, for suspected invalid impressions or clicks is for Customer to make a claim for a refund in the form of advertising credits for Google Properties within the time period required under Section 7 below. Any refunds for suspected invalid impressions or clicks are within Google's sole discretion. EXCEPT FOR INDEMNIFICATION AMOUNTS PAYABLE TO THIRD PARTIES HEREUNDER AND CUSTOMER'S BREACHES OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW: (a) NEITHER PARTY WILL BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES (INCLUDING WITHOUT LIMITATION LOSS OF PROFITS, REVENUE, INTEREST, GOODWILL, LOSS OR CORRUPTION OF DATA OR FOR ANY LOSS OR INTERRUPTION TO CUSTOMER'S BUSINESS) WHETHER IN CONTRACT, TORT (INCLUDING WITHOUT LIMITATION NEGLIGENCE) OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY; AND (b) EACH PARTY'S AGGREGATE LIABILITY TO THE OTHER IS LIMITED TO AMOUNTS PAID OR PAYABLE TO GOOGLE BY CUSTOMER FOR THE AD GIVING RISE TO THE CLAIM. Except for payment obligations, neither party is liable for failure or delay resulting from a condition beyond the reasonable control of the party, including without limitation to acts of God, government, terrorism, natural disaster, labor conditions and power failures.

6 **Agency.** Customer represents and warrants that (a) it is authorized to act on behalf of and has bound to this Agreement any third party for which Customer advertises (a "**Principal**"), (b) as between Principal and Customer, the Principal owns any rights to Program information in connection with those ads, and (c) Customer shall not disclose Principal's Program information to any other party without Principal's consent.

7 **Payment.** Customer shall be responsible for all charges up to the amount of each IO, or as set in an online account, and shall pay all charges in U.S. Dollars or in such other currency as agreed to in writing by the parties. Unless agreed to by the parties in writing, Customer shall pay all charges in accordance with the payment terms in the applicable IO or Program FAQ. Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Customer is responsible for paying (y) all taxes, government charges, and (z) reasonable expenses and attorneys fees Google incurs collecting late amounts. To the fullest extent permitted by law, Customer waives all claims relating to charges (including without limitation any claims for charges based on suspected invalid clicks) unless claimed within 60 days after the charge (this does not affect Customer's credit card issuer rights). Charges are solely based on Google's measurements for the applicable Program, unless otherwise agreed to in writing. To the fullest extent permitted by law, refunds (if any) are at the discretion of Google and only in the form of advertising credit for only Google Properties. Nothing in these Terms or an IO may obligate Google to extend credit to any party. Customer acknowledges and agrees that any credit card and related billing and payment information that Customer provides to Google may be shared by Google with companies who work on Google's behalf, such as payment processors and/or credit agencies, solely for the purposes of checking credit, effecting payment to Google and servicing Customer's account. Google may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google shall not be liable for any use or disclosure of such information by such third parties.

8 **Indemnification.** Customer shall indemnify and defend Google, its Partners, agents, affiliates, and licensors from any third party claim or liability (collectively, "**Liabilities**"), arising out of Use, Customer's Program use,

Targets, Creative and Services and breach of the Agreement. Partners shall be deemed third party beneficiaries of the above Partner indemnity.

9 **Miscellaneous.** THE AGREEMENT MUST BE CONSTRUED AS IF BOTH PARTIES JOINTLY WROTE IT AND GOVERNED BY CALIFORNIA LAW EXCEPT FOR ITS CONFLICTS OF LAWS PRINCIPLES. ALL CLAIMS ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE GOOGLE PROGRAM(S) SHALL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA, AND GOOGLE AND CUSTOMER CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS. The Agreement constitutes the entire and exclusive agreement between the parties with respect to the subject matter hereof, and supersedes and replaces any other agreements, terms and conditions applicable to the subject matter hereof. No statements or promises have been relied upon in entering into this Agreement except as expressly set forth herein, and any conflicting or additional terms contained in any other documents (e.g. reference to a purchase order number) or oral discussions are void. Each party shall not disclose the terms or conditions of these Terms to any third party, except to its professional advisors under a strict duty of confidentiality or as necessary to comply with a government law, rule or regulation. Customer may grant approvals, permissions, extensions and consents by email, but any modifications by Customer to the Agreement must be made in a writing executed by both parties. Any notices to Google must be sent to Google Inc., Advertising Programs, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via confirmed facsimile, with a copy sent via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. Unenforceable provisions will be modified to reflect the parties' intention and only to the extent necessary to make them enforceable, and remaining provisions of the Agreement will remain in full effect. Customer may not assign any of its rights hereunder and any such attempt is void. Google and Customer and Google and Partners are not legal partners or agents, but are independent contractors. In the event that these Terms or a Program expire or is terminated, Google shall not be obligated to return any materials to Customer. Notice to Customer may be effected by sending an email to the email address specified in Customer's account, or by posting a message to Customer's account interface, and is deemed received when sent (for email) or no more than 15 days after having been posted (for messages in Customer's AdWords interface).

*August 22, 2006*

Google United States

Home

About Google

Privacy Highlights

Privacy Policy

Privacy FAQ

**Terms of Service**

Terms of Service Highlights

More privacy info:
- Desktop
- Gmail
- Groups
- Orkut
- Personalized Homepage
- Personalized Search
- Store
- Talk
- Toolbar
- Web Accelerator

*Find on this site:*

Search

# Google Terms of Service

**Welcome to Google!**

## 1. Your relationship with Google

1.1 Your use of Google's products, software, services and web sites (referred to collectively as the "Services" in this document and excluding any services provided to you by Google under a separate written agreement) is subject to the terms of a legal agreement between you and Google. "Google" means Google Inc., whose principal place of business is at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States. This document explains how the agreement is made up, and sets out some of the terms of that agreement.

1.2 Unless otherwise agreed in writing with Google, your agreement with Google will always include, at a minimum, the terms and conditions set out in this document. These are referred to below as the "Universal Terms".

1.3 Your agreement with Google will also include the terms of any Legal Notices applicable to the Services, in addition to the Universal Terms. All of these are referred to below as the "Additional Terms". Where Additional Terms apply to a Service, these will be accessible for you to read either within, or through your use of, that Service.

1.4 The Universal Terms, together with the Additional Terms, form a legally binding agreement between you and Google in relation to your use of the Services. It is important that you take the time to read them carefully. Collectively, this legal agreement is referred to below as the "Terms".

1.5 If there is any contradiction between what the Additional Terms say and what the Universal Terms say, then the Additional Terms shall take precedence in relation to that Service.

## 2. Accepting the Terms

2.1 In order to use the Services, you must first agree to the Terms. You may not use the Services if you do not accept the Terms.

2.2 You can accept the Terms by:

(A) clicking to accept or agree to the Terms, where this option is made available to you by Google in the user interface for any Service; or

(B) by actually using the Services. In this case, you understand and agree that Google will treat your use

of the Services as acceptance of the Terms from that point onwards.

2.3 You may not use the Services and may not accept the Terms if (a) you are not of legal age to form a binding contract with Google, or (b) you are a person barred from receiving the Services under the laws of the United States or other countries including the country in which you are resident or from which you use the Services.

2.4 Before you continue, you should print off or save a local copy of the Universal Terms for your records.

**3. Language of the Terms**

3.1 Where Google has provided you with a translation of the English language version of the Terms, then you agree that the translation is provided for your convenience only and that the English language versions of the Terms will govern your relationship with Google.

3.2 If there is any contradiction between what the English language version of the Terms says and what a translation says, then the English language version shall take precedence.

**4. Provision of the Services by Google**

4.1 Google has subsidiaries and affiliated legal entities around the world ("Subsidiaries and Affiliates"). Sometimes, these companies will be providing the Services to you on behalf of Google itself. You acknowledge and agree that Subsidiaries and Affiliates will be entitled to provide the Services to you.

4.2 Google is constantly innovating in order to provide the best possible experience for its users. You acknowledge and agree that the form and nature of the Services which Google provides may change from time to time without prior notice to you.

4.3 As part of this continuing innovation, you acknowledge and agree that Google may stop (permanently or temporarily) providing the Services (or any features within the Services) to you or to users generally at Google's sole discretion, without prior notice to you. You may stop using the Services at any time. You do not need to specifically inform Google when you stop using the Services.

4.4 You acknowledge and agree that if Google disables access to your account, you may be prevented from accessing the Services, your account details or any files or other content which is contained in your account.

4.5 You acknowledge and agree that while Google may not currently have set a fixed upper limit on the number of transmissions you may send or receive through the Services or on the amount of storage space used for the provision of any Service, such fixed upper limits may be set by Google at any time, at Google's discretion.

**5. Use of the Services by you**

5.1 In order to access certain Services, you may be required to provide information about yourself (such as identification or contact details) as part of the registration process for the Service, or as part of your continued use of the Services. You agree that any registration information you give to Google will always be accurate, correct and up to date.

5.2 You agree to use the Services only for purposes that are permitted by (a) the Terms and (b) any applicable law, regulation or generally accepted practices or guidelines in the relevant jurisdictions (including any laws regarding the export of data or software to and from the United States or other relevant countries).

5.3 You agree not to access (or attempt to access) any of the Services by any means other than through the interface that is provided by Google, unless you have been specifically allowed to do so in a separate agreement with Google. You specifically agree not to access (or attempt to access) any of the Services through any automated means (including use of scripts or web crawlers) and shall ensure that you comply with the instructions set out in any robots.txt file present on the Services.

5.4 You agree that you will not engage in any activity that interferes with or disrupts the Services (or the servers and networks which are connected to the Services).

5.5 Unless you have been specifically permitted to do so in a separate agreement with Google, you agree that you will not reproduce, duplicate, copy, sell, trade or resell the Services for any purpose.

5.6 You agree that you are solely responsible for (and that Google has no responsibility to you or to any third party for) any breach of your obligations under the Terms and for the consequences (including any loss or damage which Google may suffer) of any such breach.

**6. Your passwords and account security**

6.1 You agree and understand that you are responsible for maintaining the confidentiality of passwords associated with any account you use to access the Services.

6.2 Accordingly, you agree that you will be solely responsible to Google for all activities that occur under your account.

6.3 If you become aware of any unauthorized use of your password or of your account, you agree to notify Google immediately at http://www.google.com/support/accounts/bin/answer.py?answer=48601.

**7. Privacy and your personal information**

7.1 For information about Google's data protection practices, please read Google's privacy policy at http://www.google.com/privacy.html. This policy explains how Google treats your personal information, and protects your privacy, when you use the Services.

7.2 You agree to the use of your data in accordance with Google's privacy policies.

**8. Content in the Services**

8.1 You understand that all information (such as data files, written text, computer software, music, audio files or other sounds, photographs, videos or other images) which you may have access to as part of, or through your use of, the Services are the sole responsibility of the person from which such content originated. All such information is referred to below as the "Content".

8.2 You should be aware that Content presented to you as part of the Services, including but not limited to advertisements in the Services and sponsored Content within the Services may be protected by intellectual property rights which are owned by the sponsors or advertisers who provide that Content to Google (or by other persons or companies on their behalf). You may not modify, rent, lease, loan, sell, distribute or create derivative works based on this Content (either in whole or in part) unless you have been specifically told that you may do so by Google or by the owners of that Content, in a separate agreement.

8.3 Google reserves the right (but shall have no obligation) to pre-screen, review, flag, filter, modify, refuse or remove any or all Content from any Service. For some of the Services, Google may provide tools to filter out explicit sexual content. These tools include the SafeSearch preference settings (see http://www.google.com/help/customize.html#safe). In addition, there are commercially available services and software to limit access to material that you may find objectionable.

8.4 You understand that by using the Services you may be exposed to Content that you may find offensive, indecent or objectionable and that, in this respect, you use the Services at your own risk.

8.5 You agree that you are solely responsible for (and that Google has no responsibility to you or to any third party for) any Content that you create, transmit or display while using the Services and for the consequences of your actions (including any loss or damage which Google may suffer) by doing so.

**9. Proprietary rights**

9.1 You acknowledge and agree that Google (or Google's licensors) own all legal right, title and interest in and to the Services, including any intellectual property rights which subsist in the Services (whether those rights happen to be registered or not, and wherever in the world those rights may exist). You further acknowledge that the Services may contain information which is designated confidential by Google and that you shall not disclose

such information without Google's prior written consent.

9.2 Unless you have agreed otherwise in writing with Google, nothing in the Terms gives you a right to use any of Google's trade names, trade marks, service marks, logos, domain names, and other distinctive brand features.

9.3 If you have been given an explicit right to use any of these brand features in a separate written agreement with Google, then you agree that your use of such features shall be in compliance with that agreement, any applicable provisions of the Terms, and Google's brand feature use guidelines as updated from time to time. These guidelines can be viewed online at http://www.google.com/permissions/guidelines.html (or such other URL as Google may provide for this purpose from time to time).

9.4 Other than the limited license set forth in Section 11, Google acknowledges and agrees that it obtains no right, title or interest from you (or your licensors) under these Terms in or to any Content that you submit, post, transmit or display on, or through, the Services, including any intellectual property rights which subsist in that Content (whether those rights happen to be registered or not, and wherever in the world those rights may exist). Unless you have agreed otherwise in writing with Google, you agree that you are responsible for protecting and enforcing those rights and that Google has no obligation to do so on your behalf.

9.5 You agree that you shall not remove, obscure, or alter any proprietary rights notices (including copyright and trade mark notices) which may be affixed to or contained within the Services.

9.6 Unless you have been expressly authorized to do so in writing by Google, you agree that in using the Services, you will not use any trade mark, service mark, trade name, logo of any company or organization in a way that is likely or intended to cause confusion about the owner or authorized user of such marks, names or logos.

**10. License from Google**

10.1 Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive licence to use the software provided to you by Google as part of the Services as provided to you by Google (referred to as the "Software" below). This licence is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by the Terms.

10.2 You may not (and you may not permit anyone else to) copy, modify, create a derivative work of, reverse engineer, decompile or otherwise attempt to extract the source code of the Software or any part thereof, unless this is expressly permitted or required by law, or unless you have been specifically told that you may do so by Google, in writing.

10.3 Unless Google has given you specific written permission to do so, you may not assign (or grant a sub-licence of) your rights to

use the Software, grant a security interest in or over your rights to use the Software, or otherwise transfer any part of your rights to use the Software.

**11. Content licence from you**

11.1 You retain copyright and any other rights you already hold in Content which you submit, post or display on or through, the Services. By submitting, posting or displaying the content you give Google a perpetual, irrevocable, worldwide, royalty-free, and non-exclusive licence to reproduce, adapt, modify, translate, publish, publicly perform, publicly display and distribute any Content which you submit, post or display on or through, the Services. This licence is for the sole purpose of enabling Google to display, distribute and promote the Services and may be revoked for certain Services as defined in the Additional Terms of those Services.

11.2 You agree that this licence includes a right for Google to make such Content available to other companies, organizations or individuals with whom Google has relationships for the provision of syndicated services, and to use such Content in connection with the provision of those services.

11.3 You understand that Google, in performing the required technical steps to provide the Services to our users, may (a) transmit or distribute your Content over various public networks and in various media; and (b) make such changes to your Content as are necessary to conform and adapt that Content to the technical requirements of connecting networks, devices, services or media. You agree that this licence shall permit Google to take these actions.

11.4 You confirm and warrant to Google that you have all the rights, power and authority necessary to grant the above licence.

**12. Software updates**

12.1 The Software which you use may automatically download and install updates from time to time from Google. These updates are designed to improve, enhance and further develop the Services and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit Google to deliver these to you) as part of your use of the Services.

**13. Ending your relationship with Google**

13.1 The Terms will continue to apply until terminated by either you or Google as set out below.

13.2 If you want to terminate your legal agreement with Google, you may do so by (a) notifying Google at any time and (b) closing your accounts for all of the Services which you use, where Google has made this option available to you. Your notice should be sent, in writing, to Google's address which is set out at the beginning of these Terms.

13.3 Google may at any time, terminate its legal agreement with you if:

(A) you have breached any provision of the Terms (or have acted in manner which clearly shows that you do not intend to, or are unable to comply with the provisions of the Terms); or

(B) Google is required to do so by law (for example, where the provision of the Services to you is, or becomes, unlawful); or

(C) the partner with whom Google offered the Services to you has terminated its relationship with Google or ceased to offer the Services to you; or

(D) Google is transitioning to no longer providing the Services to users in the country in which you are resident or from which you use the service; or

(E) the provision of the Services to you by Google is, in Google's opinion, no longer commercially viable.

13.4 Nothing in this Section shall affect Google's rights regarding provision of Services under Section 4 of the Terms.

13.5 When these Terms come to an end, all of the legal rights, obligations and liabilities that you and Google have benefited from, been subject to (or which have accrued over time whilst the Terms have been in force) or which are expressed to continue indefinitely, shall be unaffected by this cessation, and the provisions of paragraph 20.7 shall continue to apply to such rights, obligations and liabilities indefinitely.

**14. EXCLUSION OF WARRANTIES**

14.1 NOTHING IN THESE TERMS, INCLUDING SECTIONS 14 AND 15, SHALL EXCLUDE OR LIMIT GOOGLE'S WARRANTY OR LIABILITY FOR LOSSES WHICH MAY NOT BE LAWFULLY EXCLUDED OR LIMITED BY APPLICABLE LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR CONDITIONS OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR LOSS OR DAMAGE CAUSED BY NEGLIGENCE, BREACH OF CONTRACT OR BREACH OF IMPLIED TERMS, OR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, ONLY THE LIMITATIONS WHICH ARE LAWFUL IN YOUR JURISDICTION WILL APPLY TO YOU AND OUR LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

14.2 YOU EXPRESSLY UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICES IS AT YOUR SOLE RISK AND THAT THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE."

14.3 IN PARTICULAR, GOOGLE, ITS SUBSIDIARIES AND AFFILIATES, AND ITS LICENSORS DO NOT REPRESENT OR WARRANT TO YOU THAT:

(A) YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS,

(B) YOUR USE OF THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR,

(C) ANY INFORMATION OBTAINED BY YOU AS A RESULT OF YOUR USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE, AND

(D) THAT DEFECTS IN THE OPERATION OR FUNCTIONALITY OF ANY SOFTWARE PROVIDED TO YOU AS PART OF THE SERVICES WILL BE CORRECTED.

14.4 ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR OTHER DEVICE OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

14.5 NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM GOOGLE OR THROUGH OR FROM THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TERMS.

14.6 GOOGLE FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

**15. LIMITATION OF LIABILITY**

15.1 SUBJECT TO OVERALL PROVISION IN PARAGRAPH 14.1 ABOVE, YOU EXPRESSLY UNDERSTAND AND AGREE THAT GOOGLE, ITS SUBSIDIARIES AND AFFILIATES, AND ITS LICENSORS SHALL NOT BE LIABLE TO YOU FOR:

(A) ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL CONSEQUENTIAL OR EXEMPLARY DAMAGES WHICH MAY BE INCURRED BY YOU, HOWEVER CAUSED AND UNDER ANY THEORY OF LIABILITY.. THIS SHALL INCLUDE, BUT NOT BE LIMITED TO, ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY), ANY LOSS OF GOODWILL OR BUSINESS REPUTATION, ANY LOSS OF DATA SUFFERED, COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, OR OTHER INTANGIBLE LOSS;

(B) ANY LOSS OR DAMAGE WHICH MAY BE INCURRED BY YOU, INCLUDING BUT NOT

LIMITED TO LOSS OR DAMAGE AS A RESULT OF:

(I) ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE SERVICES;

(II) ANY CHANGES WHICH GOOGLE MAY MAKE TO THE SERVICES, OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES);

(III) THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES;

(III) YOUR FAILURE TO PROVIDE GOOGLE WITH ACCURATE ACCOUNT INFORMATION;

(IV) YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL;

15.2 THE LIMITATIONS ON GOOGLE'S LIABILITY TO YOU IN PARAGRAPH 15.1 ABOVE SHALL APPLY WHETHER OR NOT GOOGLE HAS BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

**16. Copyright and trade mark policies**

16.1 It is Google's policy to respond to notices of alleged copyright infringement that comply with applicable international intellectual property law (including, in the United States, the Digital Millennium Copyright Act) and to terminating the accounts of repeat infringers. Details of Google's policy can be found at http://www.google.com/dmca.html.

16.2 Google operates a trade mark complaints procedure in respect of Google's advertising business, details of which can be found at http://www.google.com/tm_complaint.html.

**17. Advertisements**

17.1 Some of the Services are supported by advertising revenue and may display advertisements and promotions. These advertisements may be targeted to the content of information stored on the Services, queries made through the Services or other information.

17.2 The manner, mode and extent of advertising by Google on the Services are subject to change without specific notice to you.

17.3 In consideration for Google granting you access to and use of the Services, you agree that Google may place such advertising on the Services.

**18. Other content**

18.1 The Services may include hyperlinks to other web sites or content or resources. Google may have no control over any web sites or resources which are provided by companies or persons other than Google.

18.2 You acknowledge and agree that Google is not responsible for the availability of any such external sites or resources, and does not endorse any advertising, products or other materials on or available from such web sites or resources.

18.3 You acknowledge and agree that Google is not liable for any loss or damage which may be incurred by you as a result of the availability of those external sites or resources, or as a result of any reliance placed by you on the completeness, accuracy or existence of any advertising, products or other materials on, or available from, such web sites or resources.

**19. Changes to the Terms**

19.1 Google may make changes to the Universal Terms or Additional Terms from time to time. When these changes are made, Google will make a new copy of the Universal Terms available at http://www.google.com/accounts/TOS?hl=en and any new Additional Terms will be made available to you from within, or through, the affected Services.

19.2 You understand and agree that if you use the Services after the date on which the Universal Terms or Additional Terms have changed, Google will treat your use as acceptance of the updated Universal Terms or Additional Terms.

**20. General legal terms**

20.1 Sometimes when you use the Services, you may (as a result of, or through your use of the Services) use a service or download a piece of software, or purchase goods, which are provided by another person or company. Your use of these other services, software or goods may be subject to separate terms between you and the company or person concerned. If so, the Terms do not affect your legal relationship with these other companies or individuals.

20.2 The Terms constitute the whole legal agreement between you and Google and govern your use of the Services (but excluding any services which Google may provide to you under a separate written agreement), and completely replace any prior agreements between you and Google in relation to the Services.

20.3 You agree that Google may provide you with notices, including those regarding changes to the Terms, by email, regular mail, or postings on the Services.

20.4 You agree that if Google does not exercise or enforce any legal right or remedy which is contained in the Terms (or which Google has the benefit of under any applicable law), this will not be taken to be a formal waiver of Google's rights and that those rights or remedies will still be available to Google.

20.5 If any court of law, having the jurisdiction to decide on this matter, rules that any provision of these Terms is invalid, then that provision will be removed from the Terms without affecting the rest of the Terms. The remaining provisions of the Terms will continue to be valid and enforceable.

20.6 You acknowledge and agree that each member of the group of companies of which Google is the parent shall be third party beneficiaries to the Terms and that such other companies shall be entitled to directly enforce, and rely upon, any provision of the Terms which confers a benefit on (or rights in favor of) them. Other than this, no other person or company shall be third party beneficiaries to the Terms.

20.7 The Terms, and your relationship with Google under the Terms, shall be governed by the laws of the State of California without regard to its conflict of laws provisions. You and Google agree to submit to the exclusive jurisdiction of the courts located within the county of Santa Clara, California to resolve any legal matter arising from the Terms. Notwithstanding this, you agree that Google shall still be allowed to apply for injunctive remedies (or an equivalent type of urgent legal relief) in any jurisdiction.

April 16, 2007

©2007 Google - Home - About Google - Privacy Policy - Terms of Service

Google AdWords Help Center

## AdWords Advertising Policies

**Search for AdWords Policies**

Example: *pop-ups* or *trademarks*

Search AdWords Help

**Targeted Location:**
Select a location

**Select your ad type:**
Text ads

**Editorial & Format »**
**Content »**
**Link »**
**View all policies »**

Double Serving
AdWords Terms & Conditions
Invalid Clicks
Advertising in China
Google Privacy Policy
Google Advertising Cookies
YouTube: Ads Content Policy
YouTube: Ads Specs and Policies
YouTube: Contest Platform Rules
Requirements for third-party ad serving

Policy Home

Please review all the policies described in these pages and make sure that your ads, site, keywords, and account comply.

> Some of our advertising policies vary based on the region you're advertising in and the type of ad you create.
>
> ← Use the navigation bar on the left:
>
> 1. **Select your targeted location** and preferred language using the drop-down menu. If the location you're targeting is not shown, please select 'All other locations.'
> 2. **Select your ad type** using the drop-down menu.
> 3. **View** the policies that apply to your ads.

The ultimate goal of the Google AdWords program is your success, and we believe that providing a great user experience is the first step towards your success. Our advertising policies will help you meet this goal and ensure the effectiveness of your AdWords advertising.

As an overarching rule, all AdWords advertising should follow the same fundamental principles. Ads should:

- Clearly and accurately represent your site.
- Emphasize the unique benefits of your product or service.

Our policies will help you achieve these goals and ensure the effectiveness of your AdWords advertising.

We reserve the right to disapprove any ad for any reason and to modify or amend our policies at any time. Format requirements are also subject to change. Please note that the decisions we make concerning advertising in no way affect the search results we deliver.

©2008 Google

Google AdWords Help Center

## AdWords Advertising Policies

**Search for AdWords Policies**

Example: *pop-ups* or *trademarks*

Search AdWords Help

**Targeted Location:**
Select a location

**Select your ad type:**
Text ads

**Editorial & Format »**
- Accurate Ad Text
- Capitalization
- Character Limits
- Competitive Claims
- Grammar & Spelling
- Implied Affiliation
- Inappropriate Language
- Prices, Discounts, & Free Offers
- Proper Names
- Punctuation & Symbols
- Repetition
- Superlatives
- Target Specific Keywords
- Trademarks
- Unacceptable Phrases

**Content »**
**Link »**
**View all policies »**

Double Serving
AdWords Terms & Conditions
Invalid Clicks

Policy Home > Text ads > Editorial & Format

### Editorial & Format Policies

The Editorial & Format Guidelines below will help you create effective ads to meet your advertising goals. To run your ads on Google and/or our growing ad network of sites and products, you must adhere to these guidelines. Application of our policies will always involve an element of discretion and we reserve the right to reject or approve any ads.

These guidelines typically apply to the ad text - namely to the first three lines of your ad. For specific guidelines on the display URL field, please refer to the Link policies.

#### Accurate Ad Text

**Accurately represent your product or service.**

Your ads and keywords must directly relate to the content on the landing page for your ad. When users see your ad, they should be able to understand what kind of product, service, or other content they will find on your site. Products or services promoted in your ad must be reflected on your landing page; ads can be disapproved if a promoted product is not offered or available for sale as promised.

As a basic rule, use clear, descriptive, and specific ad content that highlights the differentiating characteristics of your product/service. You can distinguish your ad by including your company name, line of business, or by highlighting one specific product. If you offer a local service or product, you might want to indicate your location in your ad.

*Example:*
If your alterations business only services New York, you might include 'New York' in your ad text, mention your company's particular specialty (such as 'experts in reweaving fine garments'), and link to a page that displays this service.

#### Capitalization

**Use standard capitalization.**

Advertising in China
Google Privacy Policy
Google Advertising Cookies
YouTube: Ads Content Policy
YouTube: Ads Specs and Policies
YouTube: Contest Platform Rules
Requirements for third-party ad serving

- Don't use excessive capitalization such as 'FREE' or 'GOOGLE ADWORDS.'
- You can choose whether or not to capitalize the first letter of each word in your ad. Capitalization of the first letter of each word within your display URL is also permitted.

| Correct Ad | Correct because: |
|---|---|
| Google AdWords<br>Effective CPC Advertising.<br>Fast Results Within Your Budget!<br>AdWords.Google.com | Necessary capitalization for the acronym, 'CPC.'<br><br>Acceptable capitalization in display URL. |
| **Incorrect Ad** | **Incorrect because:** |
| Google AdWords<br>EFFECTIVE CPC Advertising.<br>Fast results within your budget NOW!<br>AdWords.GOOGLE.COM | Excessive capitalization of 'EFFECTIVE' and 'NOW.'<br><br>Excessive capitalization of 'GOOGLE.COM' in display URL. |

### Character Limits

**Stay within the ad character limits.**

Your intended headline, text, and URL must fit within the limits below and not be cut off. Please keep these ad text limits in mind when planning your ads:

- Ad titles are limited to 25 characters.
- The two description lines and display URL are limited to 35 characters each.
- Languages using double-byte characters (such as Chinese, Japanese, Korean, Hebrew, and Arabic) can have 12 characters in the title, 17 characters for each line of ad text, and 35 characters for the display URL (only single-byte characters are allowed in the display URL field).

Note that if you run out of characters, the display URL field cannot be used as another line of ad text. Similarly, the third line must fit completely within the character limit and cannot lead into the display URL with phrases such as 'See this site:'.

### Competitive Claims

**Support competitive claims.**

Competitive claims are statements implying that your product/service is better than a competitor's. If your ad text contains competitive language regarding other companies, specific support for this claim must be displayed on the landing page for your AdWords ad.

You can offer support for your claim in a variety of ways such as a chart or table that compares the features and/or prices of your product versus your competitor's product or a competitive analysis discussing why your product is superior.

For example, ad text that states 'Better than AdWords' would be considered a competitive claim and would require support on the website. If the landing page includes a competitive analysis of the advertised service versus AdWords, this claim would be acceptable and the ad could be approved.

### Grammar & Spelling

**Use correct grammar and spelling.**

- Your ad text must be in logical sentence or phrase form. This includes using grammatically correct spacing between words and around punctuation.
- Ads must contain correct spelling. The only exceptions are commonly misspelled words or spelling variations that the majority of users would recognize and understand.

| **Correct Ad** | **Correct because:** |
|---|---|
| Google AdWords Ads<br>Advertising at affordable costs<br>Visit & then see if right for you!<br>adwords.google.com | Ad uses appropriate spacing, grammar, and symbols. |
| **Incorrect Ad** | **Incorrect because:** |
| GoogleAdWordsAds<br>Advertising at affordible costs.<br>Sea how our prices works for you!<br>adwords.google.com | Ad is missing spaces in title.<br><br>Misspelled word: 'affordable' is shown as 'affordible'<br><br>Wrong word: 'Sea' is used instead of 'See'<br><br>Incorrect grammar: wrong verb tense in the phrase 'prices |

| | |
|---|---|
| | works.' It should read 'prices work.' |

### Implied Affiliation

**Don't imply inaccurate affiliation or partnership.**

- Your ads may not imply an affiliation, partnership, or any special relationship with Google. Ads and sites cannot contain language that is likely to cause confusion as to the association between Google's services and your services.

  *Examples of inaccurate affiliation:*
  'Google special offer!'
  'Recommended by Google'
  'Sponsored Google site'

  Review our list of trademarked Google terms and logos and the rules regarding their use.

- Your ads also may not imply an affiliation with any publisher or publisher's website in the Google Network.

  *Example of inaccurate affiliation:*
  'Special offer from this website!'

### Inappropriate Language

**Don't use inappropriate language.**

Your ad (including your display URL) cannot contain offensive or inappropriate language. This also applies to misspellings or other variations of inappropriate language.

### Prices, Discounts, & Free Offers

## Support advertised prices, discounts, and free offers.

If your ad includes a price, special discount, or 'free' offer, it must be clearly and accurately displayed on your website within 1-2 clicks of your ad's landing page.

Prices in your ad text must be accurate. Prices can also apply to bulk purchases. For free offers, it is acceptable if the user can infer that the product is indeed free, even if the word 'free' does not appear along with that product or service.

Examples:

If you mention that you are selling socks for 20% off in your ad text, your destination URL should link to a page that clearly displays socks at the discounted price.

Other examples that must be supported include 'Save $20 on first purchase,' 'free hat with purchase,' and 'DVDs for $5 each.'

## Proper Names

**Don't use proper names as keywords.**

Sites that promote people-finder services, detective agencies, or other similar services are not permitted to use proper names in ad text or as keywords.

## Punctuation & Symbols

**Use standard punctuation and symbols.**

- Don't use repeated, unnecessary, or gimmicky punctuation or symbols.
- Your title may not contain an exclamation point.
- Your entire ad text may only contain one exclamation point in total.
- The use of symbols, numbers, and letters must adhere to the true meaning of the symbol.

| **Correct Ad** | **Correct because:** |
|---|---|
| Advertise with Google<br>Want fast results?<br>Create your campaign today!<br>adwords.google.com | No exclamation point in title.<br><br>Question mark used appropriately.<br><br>Only one exclamation point used in entire ad text. |
| **Incorrect Ad** | **Incorrect because:** |
| | Exclamation point in title.<br><br>Gimmicky use of asterisks. |

| | |
|---|---|
| U Can Use Google AdWords!<br>Want *fast* results @ low cost??<br>Make $ now 4 your business.<br>adwords.google.com | Repeated question marks on second line.<br><br>Uses symbols to replace words:<br>• Letter 'U' instead of 'you'<br>• Symbol '@' instead of 'at'<br>• Symbol '$' instead of 'money'<br>• Number '4' instead of 'for' |

## Repetition

**Don't use unnecessary repetition.**

Avoid gimmicky repetition of words or phrases.

| Correct Ad | Correct because: |
|---|---|
| Google AdWords<br>CPC Ad Campaigns:<br>Fast, easy, and effective!<br>adwords.google.com | Ad is clear without repetition. |
| **Incorrect Ad** | **Incorrect because:** |
| Google AdWords Ads<br>Results are fast, fast, fast!<br>Results are fast, fast, fast!<br>adwords.google.com | Gimmicky repetition in phrase 'fast, fast, fast.'<br><br>Unnecessary repetition of second line of text. |

## Superlatives

**Avoid using generic superlatives.**

If your ad contains the comparative or subjective phrases 'best' or '#1,' verification by a third party must be clearly displayed on your website. Third-party verification must come from someone or some group unrelated to your site; customer testimonials do not constitute third-party verification.

For example, if an ad claims to be the 'Best of the

Web,' the site must display third party verification of the claim. A Forbes Magazine seal indicating this site received a 'best of the web' award would be acceptable, and the ad would then comply with this policy.

## Target Specific Keywords

**Target relevant and specific keywords.**

Use specific keywords that accurately reflect your products, services, or the site you're promoting.

If you offer a location-specific product or service, you might consider using keywords that reflect your location.

*Example:*
A New York apartment rental agency would not be allowed to run on only the overly general keyword 'rentals.' The agency should instead use keywords such as 'New York rental agency' or 'find NY apartments.'

## Trademarks

**Adhere to our trademark policies.**

Google recognizes the importance of trademarks. As a courtesy to trademark owners, we have created trademark complaint procedures with respect to use of trademarked terms in Google AdWords campaigns or in domain names participating in our AdSense for Domains program.

Trademarks are territorial and apply only to certain goods or services of the trademark owner. Therefore, different parties can own the same mark in different countries or different industries. Accordingly, in processing complaints, Google will ask the trademark owner for information regarding where the mark is valid and for what goods or services.

**Trademark Complaints**
As a provider of space for advertisements, Google is not in a position to arbitrate trademark disputes

between advertisers and trademark owners. As stated in our Terms and Conditions, advertisers are responsible for the keywords and ad text that they choose to use. Accordingly, Google encourages trademark owners to resolve their disputes directly with the advertiser, particularly because the advertiser may also be using your trademark on similar ads in other programs.

However, Google takes allegations of trademark infringement very seriously and, as a courtesy, we're happy to investigate matters raised by trademark owners. You are not required to be a Google AdWords advertiser in order to send a complaint.

If you have concerns about the **use of your trademark in AdWords ads**:
• File a trademark complaint in the U.S., Canada, U.K., and Ireland.
• File a trademark complaint outside the U.S., Canada, U.K., and Ireland.

If you have concerns about the **use of your trademark in a parked domain name**:
• File an AdSense for Domains trademark complaint.

Once Google receives all of the required information from the trademark owner, the claim will be investigated, and appropriate action will be taken.

*Please note:* Such trademark investigations will only affect ads served on or by Google. In the case of an AdSense for Domains trademark complaint, an investigation will affect only the domain names of sites in our AdSense for Domains program. Additionally, Google's trademark policy does not apply to search results, only to sponsored links. For trademark concerns about websites that appear in Google search results, the trademark owner should contact the site owner directly.

**Authorization to Use Trademarks in Your Ad Campaign**

If we have received and processed a complaint for a trademark, advertisers seeking to use the mark in the countries and industry of the trademark owner will have their keywords and/or ad text disapproved. For ads targeting the U.S. and Canada, the use of the trademark in ad text will be disapproved; outside the

U.S. and Canada, use of the trademark may be disapproved as a keyword or in ad text or both, depending on the request of the trademark owner.

If an advertiser has been restricted from using a trademark and disagrees with the owner's assertion of exclusive rights or believes he has a right to use the mark, we encourage the advertiser to contact the trademark owner directly and request permission to use the trademark. Only if the trademark owner provides Google with an authorization will the advertiser be able to use the trademark in his ad campaign. Please note that the trademark owner may change or rescind the authorization at any time.

## Unacceptable Phrases

**Don't use unacceptable phrases.**

Avoid call-to-action phrases such as 'click here' that could apply to any ad, regardless of content. This includes phrases in the third line of your ad that lead into your display URL, such as 'See this site:'.

This type of generic phrase has been found to add little value to your ad's message. The limited text space should be used for concise, informative language that sets you apart from your competition.

| **Correct Ad** | **Correct because:** |
|---|---|
| Target your Ads w/AdWords<br>Create an AdWords account today!<br>Visit Google.com to learn more.<br>adwords.google.com | Uses unique call-to-action phrases.<br><br>3rd line is independent from display URL |
| **Incorrect Ad** | **Incorrect because:** |
| Google AdWords<br>For an account - click here<br>To learn more, just visit us at:<br>adwords.google.com | Unacceptable phrase: 'click here'<br><br>3rd line continues into the display |

| | |
|---|---|
| | URL |

©2008 Google

Google AdWords Help Center

## AdWords Advertising Policies

**Search for AdWords Policies**

Example: *pop-ups* or *trademarks*

Search AdWords Help

**Targeted Location:**
Select a location

**Select your ad type:**
Text ads

**Editorial & Format »**
**Content »**
- Academic Aids
- Aids to Pass Drug Tests
- Alcohol
- Anabolic Steroids
- 'Anti' and Violence
- Bulk Marketing
- Copyright
- Counterfeit Designer Goods
- Data Entry Affiliates
- Dialers
- Drugs and Drug Paraphernalia
- e-Gold
- Endangered Species
- Fake Documents
- Fireworks and Pyrotechnic Devices
- Gambling
- Hacking and Cracking
- Inflating Ad Clicks or Impressions
- Miracle Cures
- Mobile Content Services
- Political Advertising
- Prescription Drugs and Related Content

Policy Home > Text ads > Content

## Content Policy

The policies listed in this section complement our Terms and Conditions and describe Google's advertising policies with regards to products and services. These policies may apply to ads and the content of your site.

Application of our policies will always involve an element of discretion and we reserve the right to reject or approve any ads. As noted in our Terms & Conditions, you represent and warrant that your advertisements and/or website comply with all applicable laws.

### Academic Aids

**Don't promote unacceptable academic aids.**

Advertising is not permitted for academic aids. This includes 'test-taking' services in which someone takes an exam for someone else and academic paper-writing services providing custom/pre-written theses, dissertations, etc.

### Aids to Pass Drug Tests

**Don't promote aids to pass drug tests.**

Advertising is not permitted for the promotion of products designed to help someone pass a drug test. This includes products such as drug cleansing shakes and urine test additives.

### Alcohol

**Don't promote unacceptable alcohol products.**

Restrictions on the promotion of alcohol vary based on local regulations and type of alcoholic product:

- Ads are not permitted to directly promote hard alcohol and liqueurs. This means that hard alcohol

Prostitution
Scams/Phishing for Personal Information
Sexual & Adult Content
Solicitation of Funds
Template Sites for Ad Networks
Tobacco and Cigarettes
Traffic Devices
Weapons
Webmaster Guidelines Violations

**Link »**
**View all policies »**

Double Serving
AdWords Terms & Conditions
Invalid Clicks
Advertising in China
Google Privacy Policy
Google Advertising Cookies
YouTube: Ads Content Policy
YouTube: Ads Specs and Policies
YouTube: Contest Platform Rules
Requirements for third-party ad serving

cannot be promoted in ad text or be the purpose of your site (occupying a significant portion of your site).

- Advertisements for beer may target countries where such ads comply with local regulations. However, beer ads may not target the United States, U.S. territories (American Samoa, Guam, Puerto Rico and the U.S. Virgin Islands), India, Pakistan, Sri Lanka, Thailand, and Malaysia.
- Advertisements for champagne and wine are allowed everywhere that such advertisements comply with local regulations.
- Since we consider beer, wine, and champagne to be products intended for the sale and consumption by adults, ads promoting these products will be given a Non-FamilySafe status.
- Please note that some jurisdictions may enforce any of these additional regulations:

  - require government permits for the advertisement of alcoholic beverages,
  - prohibit advertisements for beverages with a certain level of alcohol content,
  - and/or require certain disclaimers in advertisements for alcohol beverages.

It is the advertiser's responsibility to comply with all local laws.

## Anabolic Steroids

**Don't promote anabolic steroids.**

Advertising is not permitted for anabolic steroids, muscle-enhancing stacks and cycles, bodybuilding steroid supplements, and related content, irrespective of an advertiser's claims of legality.

## 'Anti' and Violence

**Don't promote violence or advocate against a protected group.**

Ad text advocating against any organization, person, or group of people is not permitted.

Advertisements and associated websites may not promote violence or advocate against a protected group. A **protected group** is distinguished by their:

- Race or ethnic origin
- Color
- National origin
- Religion
- Disability
- Sex
- Age
- Veteran status
- Sexual orientation/Gender identity

## Bulk Marketing

**Don't promote bulk marketing products.**

Advertising of bulk marketing products is not permitted if the stated or implied use of the following products is unsolicited spam:

- Email lists that are not opt-in
- Bulk email software
- Bulk messaging

## Copyright

**Don't promote copyrighted content without permission.**

Copyrights are important business assets in which the copyright holder maintains exclusive rights. You must not use AdWords to promote the copying or distribution of copyrighted content for which you don't have consent from the copyright holder and which is not otherwise permitted by law.

To learn more about how we handle copyright issues within the AdWords program, view the Digital Millennium Copyright Act and our copyright policy and procedures.

## Counterfeit Designer Goods

**Don't advertise counterfeit designer goods.**

Advertising is not permitted for products that are replicas or imitations of designer goods. A replica good contains the trademarked name or logo of a designer brand but is not made by that brand.

## Data Entry Affiliates

**Don't advertise for data entry affiliate programs.**

Advertising is not permitted for the promotion of data entry affiliate programs. This includes ads directing users to sites that promote the creation/data entry of more ads that direct users to the same site.

There are no exceptions to this policy, which is intended to protect both advertisers and AdWords users.

## Dialers

**Don't promote dialer-related products.**

A dialer is a program that will cut your chosen internet connection and establish a new connection to a premium rate number. In order to protect our users and maintain the quality of advertising we display, we don't allow ads and sites that require or solicit the use of a dialer program.

## Drugs and Drug Paraphernalia

**Don't promote drugs and drug paraphernalia.**

Advertising is not permitted for the promotion of drugs and drug paraphernalia. This includes drug accessories, illegal drugs, and herbal drugs such as salvia and magic mushrooms.

## e-Gold

**Don't promote e-gold or related products.**

Advertising is not permitted for e-gold and e-gold related content. This includes, but is not limited to, e-gold exchange, e-gold investment, and e-gold accounts.

## Endangered Species

**Don't promote products obtained from endangered or threatened species.**

Advertising is not permitted for products obtained from endangered or threatened species. This includes, but is not limited to, the sale of products derived from elephants, sharks, tigers, whales, rhinoceroses, or dolphins.

## Fake Documents

**Don't promote fake documents.**

Advertising is not permitted for the promotion of false documents such as fake IDs, passports, social security cards, immigration papers, diplomas, and noble titles.

## Fireworks and Pyrotechnic Devices

**Don't promote fireworks or pyrotechnic devices.**

Advertising is not permitted for the promotion of fireworks and pyrotechnic devices.

## Gambling

**Don't promote online gambling or related sites.**

Advertising is not permitted for the promotion of online casinos and gambling activities.

This includes, but is not limited to, the following:

- sports books
- lotteries
- bingo
- poker
- sites that provide tips, odds, and handicapping
- software facilitating online casinos and gambling
- gambling tutoring online
- gambling related eBooks
- 'play for fun' gambling or casino games of skill including sites where the primary purpose is 'play for fun' gambling
- affiliate sites with the primary purpose of driving traffic to online gambling sites

## Hacking and Cracking

**Don't promote hacking and cracking sites.**

Advertising is not permitted for the promotion of hacking or cracking and tools that aid in copyright infringement. For example, we do not permit:

- Sites that provide instructions or equipment to illegally access or tamper with software, servers, or websites
- Sites or products that enable illegal access of cell phones and other communications or content delivery systems/devices
- Mod chips, such as devices that unlock copyright protection
- Products that descramble cable and satellite signals in order to get free cable services
- Copied or backed-up version of software, CDs, or DVDs not intended for personal use
- Products or services that circumvent digital rights management technologies or technical protection measures for copyrighted works

## Inflating Ad Clicks or Impressions

**Don't promote inflating ad clicks or impressions.**

Advertising is not permitted for the promotion of inflating clicks or impressions on ads, such as pay-to-click, pay-to-

view, auto-surfing, automated ad clicking, and other guaranteed traffic programs.

## Miracle Cures

**Don't promote miracle cures.**

Advertising is not permitted for the promotion of miracle cures, such as 'Cure cancer overnight!'

## Mobile Content Services

**Mobile content services ads are restricted.**

We allow the advertisement of mobile content services only upon certain conditions noted below. Mobile content services include, but are not limited to, sites that promote downloading ringtones, wallpaper, or text messages for predictions, love life advice, news, personality quizzes, or other entertainment services.

### Google TV Ads

We allow the advertisement of mobile content services only when the ad clearly and accurately displays the pricing.

### Google Audio Ads

We allow the advertisement of mobile content services only when the ad clearly and accurately states the pricing.

### Online Ads

We allow the advertisement of mobile content services only when the promoted website clearly and accurately displays the pricing.

### All Ad Formats

If your site promotes mobile content services and requires users to submit personal information, your site must prominently display the price and billing interval (such as per week or once per month) on the page where users first enter personal information (such as a name or phone number).

If users sign up to your service by transmitting a code by text message, the price and billing interval must be clearly and prominently displayed beside the code.

If your service is a subscription, you must provide a prominent opt-in checkbox or other clear mechanism indicating that the user knowingly accepts the price and

subscription service. This should be on the first page users enter personal data, and the user should not be able to proceed without opting in.

All of the items above should be located in a prominent place on your webpage and should be easy to find, read, and understand.

## Political Advertising

**Political advertising is allowed.**

We permit political advertisements regardless of the political views they represent. Stating disagreement with or campaigning against a candidate for public office, a political party, or public administration is generally permissible.

However, political ads must not include accusations or attacks relating to an individual's personal life, nor can they advocate against a protected group.

If you're soliciting political donations, your ad's landing page must clearly state that the donations are non-tax-deductible.

Political campaigns and candidates with questions about these policies are encouraged to contact our Elections Team at elections@google.com.

## Prescription Drugs and Related Content

**The promotion of prescription drugs and related content is restricted.**

Google only accepts online pharmacies that are based in the U.S., Canada, the UK, the Republic of Ireland, or Australia.

**Online pharmacy in the U.S. and Canada**

Google AdWords requires all online pharmacy advertisers and affiliates in the U.S. and Canada to be members of the PharmacyChecker Licensed Pharmacy Program. Ads will not run until a valid PharmacyChecker identification number is provided. To be fair to all of our pharmacy advertisers, we make no exceptions.

Additionally, ad campaigns for prescription drugs can only target the U.S., U.S. territories (American Samoa, Guam, Puerto Rico, U.S. Virgin Islands), and/or Canada; these ads will not be displayed in other countries.

Note that pet pharmacies and affiliates advertising pet prescription drugs are also required to be

PharmacyChecker approved when targeting the U.S. or Canada.

If you meet the above requirements and want to get started, review Google's online pharmacy qualification process.

**Online pharmacy in the UK**

Google AdWords requires online pharmacy websites targeting ads to the United Kingdom to target ads only to the UK and to be registered with the Royal Pharmaceutical Society of Great Britain (RPSGB). These ads will not be displayed in other countries. Additionally, ad campaigns for online pharmacies and related services in the UK cannot promote prescription drugs.

**Online pharmacy in the Republic of Ireland**

Google AdWords requires online pharmacy websites targeting ads to the Republic of Ireland to target ads only to the Republic of Ireland and to be registered with the Pharmaceutical Society of Ireland (PSI). These ads will not be displayed in other countries. Additionally, ad campaigns for online pharmacies and related services in the Republic of Ireland cannot promote prescription drugs.

**Online pharmacy in Australia**

Google AdWords requires online pharmacy websites targeting ads to Australia to target ads only to Australia and to be registered with the Pharmacy Guild of Australia. These ads will not be displayed in other countries. Additionally, ad campaigns for online pharmacies and related services in Australia cannot promote prescription drugs.

## Prostitution

**Don't promote prostitution.**

Advertising is not permitted for the promotion of prostitution.

## Scams/Phishing for Personal Information

**Don't use phishing or other scamming tactics.**

Advertising is not permitted for sites collecting sensitive personal information or money with fake forms, false claims, or unauthorized use of Google Trademarks. Examples of personal information include email addresses, user names, passwords, and/or payment information. In addition, advertising is not permitted for 'run your car on water' programs or content.

### Sexual & Adult Content

**Sexual & adult content is restricted.**

Advertising is not permitted for the promotion of child pornography, any sexually suggestive content involving children, or other non-consensual sexual material. We also do not permit ads promoting teen pornography or other pornography that describes models who might be underage.

Examples include, but are not limited to, advertisements for 'teen xxx', 'teen porn', and 'school girl' pornography. Please note that Google does not allow this content regardless of whether or not a site complies with government regulations on this kind of advertising.

While approvable adult-related ads can show in some countries, certain countries such as Germany, China, Korea, and India will not show any ads categorized as 'Adult Sexual Content' such as ads with any pornographic content. There may be other effects of family status on how your ads are served.

### Solicitation of Funds

**The solicitation of funds is restricted.**

If the solicitation of funds is promoted in ad text or occupies a significant portion of your site, the ad's landing page should clearly display tax-exempt status such as 501(c)(3) status in the United States, and should state whether the donations are tax-deductible in full or in part. Other countries need to have an equivalent status (must be a registered charity or not-for-profit organization).

However, for the solicitation of political donations, the ad's landing page must clearly state that the donations are *not* tax-deductible.

### Template Sites for Ad Networks

**Don't promote template sites for ad networks such as AdSense.**

Advertising is not permitted for the promotion of template sites for ad networks. This includes products and services that create template or pre-generated websites solely intended to profit from ads.

### Tobacco and Cigarettes

**Don't promote tobacco and cigarettes.**

Advertising is not permitted for the promotion of tobacco or tobacco-related products, including cigarettes, cigars, tobacco pipes, and rolling papers.

## Traffic Devices

**Don't promote illegal traffic devices.**

Advertising is not permitted for the promotion of radar jammers, license plate covers, traffic signal changers, and related products.

In addition, advertising is not permitted for the promotion of radar detectors in Germany, France, Belgium, Luxemburg, Poland, or Switzerland.

## Weapons

**The promotion of weapons is restricted.**

Advertising is not permitted for the promotion of certain weapons, such as firearms, firearm components, ammunition, balisongs (switchblades), butterfly knives, and brass knuckles.

## Webmaster Guidelines Violations

**Don't promote unacceptable webmaster techniques.**

Advertising is not permitted for the promotion of cloaking, keyword stuffing, search engine spamming, and doorway pages. These unacceptable techniques and services are described in the Google Webmaster Guidelines. Ads and sites promoting such techniques will be disapproved.

We also recommend that you comply with the rest of the Google Webmaster Guidelines which suggest best practices for web development.

©2008 Google

Google AdWords Help Center

## AdWords Advertising Policies

**Search for AdWords Policies**

Example: *pop-ups* or *trademarks*

Search AdWords Help

**Targeted Location:**
Select a location

**Select your ad type:**
Text ads

**Editorial & Format »**

**Content »**

**Link »**

- Affiliate URLs
- Back Button
- Destination URL
- Display URL
- Landing Page and Site Quality Guidelines
- Pop-Ups
- Site Security
- Software Principles
- Webmaster Guidelines

**View all policies »**

Double Serving
AdWords Terms & Conditions
Invalid Clicks
Advertising in China
Google Privacy Policy
Google Advertising Cookies
YouTube: Ads Content Policy
YouTube: Ads Specs and Policies
YouTube: Contest Platform Rules
Requirements for third-party ad

Policy Home > Text ads > Link

### Affiliate URLs

**Affiliate Policy**

We do not allow data entry affiliates to use AdWords advertising, but all other affiliates may participate in the AdWords program. However, we monitor and don't allow the following:

- Redirect URLs: Ads that contain URLs that automatically redirect to the parent company.
- Bridge Pages: Ads for web pages that act as an intermediary, whose sole purpose is to link or redirect traffic to the parent company.
- Framing: Ads for web pages that replicate the look and feel of a parent site. Your site should not mirror (be similar or nearly identical in appearance to) your parent company's or any other advertiser's site.

If you're an affiliate and are paid to send traffic to another site or a distributor, the company you're promoting may also require you to comply with their own terms and conditions.

Please note that we'll display only one ad per search query for advertisers sharing the same top-level domain in the display URL. Learn more about when affiliate ads show.

### Back Button

**Your site must allow a browser's 'Back' button to work.**

Links to your website must allow users to enter and exit the landing page easily. Once reaching your site, a user must be able to return to the page where they found and clicked on your ad by clicking once on their Internet browser's 'Back' button.

### Destination URL

**Destination URL must work.**

The destination URL is the webpage users will visit when they click on your ad.

serving

- Your destination URL must work properly.
- The landing page for your ad cannot be under construction. We require your destination URL to link to an actual web page with content relevant to your ad. When your site is under construction or down for maintenance, you must pause your ad group(s).
- Your destination URL must link to a working website and cannot link to an email address or a file. This includes an image, audio, video, or document file that requires an additional program or application to open or run.
- Always check your spelling and symbols to make sure you entered the correct URL for the page you want users to visit.

## Display URL

**Display URL must be accurate.**

- Your display URL must accurately reflect the URL of the website you're advertising. It should match the domain of your landing page so that users will know which site they'll be taken to when they click on your ad.
- The display URL field cannot be used as another line of ad text.
- Your display URL must include the domain extension, for example: *.com*, *.net*, or *.org*.
- If your actual destination URL link is too long to use as your display URL, use a shortened version (such as your homepage) that meets the character limit for this field.
  *Example:*
  Destination URL:
  http://www.TravelingDog.net/toys.html
  Display URL: www.TravelingDog.net

## Landing Page and Site Quality Guidelines

Landing Page and Site Quality Guidelines

As part of our commitment to making AdWords as effective an advertising program as possible, we've outlined some site-building guidelines to better serve our users, advertisers, and publishers. We've found that when our advertisers' sites reflect these guidelines, two important things happen:

- The money you spend on AdWords ads will be more likely to turn into paying customers.
- Users develop a trust in the positive experience provided after clicking on AdWords ads (and this turns in to additional targeted leads for you).

Furthermore, following our site guidelines will help improve your landing page quality score. As a component of your

keywords' overall Quality Scores, a high landing page quality score can affect your AdWords account in three ways:

- Decrease your keywords' minimum bids
- Increase your keyword-targeted ads' position on the content network
- Improve the chances that your placement-targeted ads will win a position on your targeted placements

Learn more.

Below we've outlined the three main components of a quality website: relevant and original content, transparency, and navigability. Note that these guidelines aren't exhaustive, nor do they replace any of our Editorial Guidelines, which your ads need to comply with in order for you to advertise with AdWords.

Please be aware that there are some types of sites that we've found provide a consistently poor experience for our users. These sites will receive low landing page quality scores. Learn more.

**Relevant and Original Content**

Relevance and originality are two characteristics that define high-quality site content. Here are some pointers on creating content that meets these standards:

*Relevance:*

- Users should be able to easily find what your ad promises.
- Link to the page on your site that provides the most useful information about the product or service in your ad. For instance, direct users to the page where they can buy the advertised product, rather than to a page with a description of several products.

*Originality:*

- Feature unique content that can't be found on another site. This guideline is particularly applicable to affiliates that use the following types of pages:
  - Bridge pages: Pages that act as an intermediary, whose sole purpose is to link or redirect traffic to the parent company
  - Mirror pages: Pages that replicate the look and feel of a parent site; your site should not mirror (be similar or nearly identical in appearance to) your parent company's or any other advertiser's site
- Provide substantial information. If your ad does link to a page consisting mostly of ads or general search results (such as a directory or catalog page), provide additional, unique content.

**Transparency**

In order to build trust with users, your site should be explicit in three primary areas: the nature of your business; how your site interacts with a visitor's computer; and how you intend to use a visitor's personal information, if you request it. Here are tips on maximizing your site's transparency:

*Your business information:*

- Openly share information about your business. Clearly define what your business is or does.
- Honor the deals and offers you promote in your ad.
- Deliver products and services as promised.
- Only charge users for the products and services that they order and successfully receive.
- Distinguish sponsored links from the rest of your site content.

*Your site's interaction with a visitor's computer:*

- Avoid altering users' browser behavior or settings (such as back button functionality or browser window size) without first getting their permission.
- If your site automatically installs software, be upfront about the installation and allow for easy removal. Refer to Google's Software Principles for more guidelines.

*Visitors' personal information:*

- Unless necessary for the product or service that you're offering, don't request personal information.
- If you do request personal information, provide a privacy policy that discloses how the information will be used.
- Give options to limit the use of a user's personal information, such as the ability to opt out of receiving newsletters.
- Allow users to access your site's content without requiring them to register. Or, provide a preview of what users will get by registering.

**Navigability**

The key to turning visitors into customers is making it easy for users to find what they're looking for. Here's how:

- Provide a short and easy path for users to purchase or receive the product or offer in your ad.
- Avoid excessive use of pop-ups, pop-unders, and other obtrusive elements throughout your site.
- Make sure that your landing page loads quickly. Learn ways to improve your load time.
- Turn to Google's Webmaster Guidelines for more recommendations, which will improve your site's performance in Google's search results as well.

### Pop-Ups

**Don't use pop-up windows on your site.**

We do not approve destination URLs that generate pop-ups when users enter or leave your landing page.

We consider a pop-up to be any window, regardless of content, that opens in addition to the original window.

This includes pop-unders, timed or intermittent pop-ups, mock system warnings, and pages that automatically initiate a download.

### Site Security

**Sites collecting personal information must be secure.**

Your site should use a secure server (https://) when collecting personal information and purchase orders from our users such as credit card numbers or tax ID numbers.

### Software Principles

**Adhere to Google's Software Principles.**

Google strives to provide our users with the most positive experience possible. For this reason we prohibit sites that automatically download software, install spyware, contain a virus, or in any way do not meet our Software Principles.

Please review Google's Software Principles in full.

These guidelines are broad and we acknowledge that the issues are complex and the technology is evolving. As a step towards protecting our users, we created this of standards that we believe our industry should adopt. We reserve the right to disable accounts that we feel do not meet such software standards.

### Webmaster Guidelines

**Adhere to Google's Webmaster Guidelines.**

All AdWords advertisers are advised to create positive and safe Internet experiences for users. For a list of best practices and recommendations, please take the time to read the Google Webmaster Guidelines.

Failing to adopt these suggestions may result in your site's

removal from Google search results and/or a poor AdWords Quality Score. Pay close attention to the 'Quality Guidelines' section which outlines some of the illicit practices that may affect your Quality Score.

Additionally, sites that are misleading, malicious, or that provide a negative user experience may be disapproved or may have a low enough Quality Score to reduce or even stop delivery of your ads. See our Webmaster Guidelines Violations policy.

©2008 Google

Google

# Privacy Center

## At Google, we're committed to transparency and choice.

We let you know what information we collect when you use our products and services, why we collect it, and how we safeguard it. Our privacy policies, videos, and product designs aim to make these things clear so that you can make informed choices about which products to use and how to use them.

### Privacy policies

All of Google's products and services are governed by our main privacy policy, which explains how we treat personal information.
Privacy overview & updated privacy policy

In addition, the following pages describe privacy practices specific to certain products or services:

- 3D Warehouse
- Advertising
- Apps
- Blogger
- Calendar
- Checkout
- Desktop
- Docs

- Firefox Extensions
- Gmail
- GOOG-411
- GrandCentral
- Groups
- Health
- iGoogle

- Knol
- Maps
- Merchant Search Test
- Mobile
- Orkut
- Personalized Search
- Picasa

- Postini
- Store
- Talk
- Toolbar
- Video Player

- Web Accelerator
- YouTube

## Privacy videos

-  Google Search Privacy: Personalized Search

  4:13

  Added: September 24, 2007

-  Google Privacy Tips; Chat 'Off the Record'

  1:14

  Added: December 19, 2007

-  Google Search Privacy: Plain and Simple

  4:28

  Added: August 8, 2007

-  Gmail Privacy Video

  1:33

  Added: June 23, 2008

See all videos on our Google Privacy Channel.

©2008 Google – About Google – Feedback

Google

# Privacy Center

## Privacy Policy

Last modified: August 7, 2008

At Google we recognize that privacy is important. This Privacy Policy applies to all of the products, services and websites offered by Google Inc. or its subsidiaries or affiliated companies except DoubleClick (DoubleClick Privacy Policy) and Postini (Postini Privacy Policy); collectively, Google's "services". In addition, where more detailed information is needed to explain our privacy practices, we post supplementary privacy notices to describe how particular services process personal information. These notices can be found in the Google Privacy Center.

Google adheres to the US Safe Harbor Privacy Principles of Notice, Choice, Onward Transfer, Security, Data Integrity, Access and Enforcement, and is registered with the U.S. Department of Commerce's Safe Harbor Program.

If you have any questions about this Privacy Policy, please feel free to contact us through our website or write to us at
Privacy Matters
c/o Google Inc.
1600 Amphitheatre Parkway
Mountain View, California, 94043
USA

### Information we collect and how we use it

We offer a number of services that do not require you to register for an account or provide any personal information to us, such as Google Search. In order to provide our full range of services, we may collect the following types of information:

- **Information you provide** – When you sign up for a Google Account or other Google service or promotion that requires registration, we ask you for personal information (such as your name, email address and an account password). For certain services, such as our advertising programs, we also request credit card or other payment account information which we maintain in encrypted form on secure servers. We may combine the information you submit under your account with information from other Google services or third parties in order to provide you with a better experience and to improve the quality of our services. For certain services, we may give you the opportunity to opt out of combining such information.
- **Cookies** – When you visit Google, we send one or more cookies – a small file containing a string of characters – to your computer that uniquely identifies your browser. We use cookies to improve the quality of our service by storing user preferences and tracking user trends, such as how people search. Google also uses cookies in its advertising services to help advertisers and publishers serve and manage ads across the web. We may set a cookie in your browser when you visit a website and view or click on an ad supported by Google's advertising services.
- **Log information** – When you access Google services, our servers automatically record

information that your browser sends whenever you visit a website. These server logs may include information such as your web request, Internet Protocol address, browser type, browser language, the date and time of your request and one or more cookies that may uniquely identify your browser.

- **User communications** – When you send email or other communications to Google, we may retain those communications in order to process your inquiries, respond to your requests and improve our services.
- **Affiliated sites** – We offer some of our services in connection with other web sites. Personal information that you provide to those sites may be sent to Google in order to deliver the service. We process such information in accordance with this Privacy Policy. The affiliated sites may have different privacy practices and we encourage you to read their privacy policies.
- **Links** – Google may present links in a format that enables us to keep track of whether these links have been followed. We use this information to improve the quality of our search technology, customized content and advertising. For more information about links and redirected URLs, please see our FAQs.
- **Other sites** – This Privacy Policy applies to Google services only. We do not exercise control over the sites displayed as search results or links from within our various services. These other sites may place their own cookies or other files on your computer, collect data or solicit personal information from you.

Google only processes personal information for the purposes described in this Privacy Policy and/or the supplementary privacy notices for specific services. In addition to the above, such purposes include:

- Providing our services to users, including the display of customized content and advertising;
- Auditing, research and analysis in order to maintain, protect and improve our services;
- Ensuring the technical functioning of our network; and
- Developing new services.

You can find more information about how we process personal information by referring to the supplementary privacy notices for particular services.

Google processes personal information on our servers in the United States of America and in other countries. In some cases, we process personal information on a server outside your own country. We may process personal information to provide our own services. In some cases, we may process personal information on behalf of and according to the instructions of a third party, such as our advertising partners.

## Choices for personal information

When you sign up for a particular service that requires registration, we ask you to provide personal information. If we use this information in a manner different than the purpose for which it was collected, then we will ask for your consent prior to such use.

If we propose to use personal information for any purposes other than those described in this Privacy Policy and/or in the specific service privacy notices, we will offer you an effective way to opt out of the use of personal information for those other purposes. We will not collect or use sensitive information for purposes other than those described in this Privacy Policy and/or in the supplementary service privacy notices, unless we have obtained your prior consent.

Most browsers are initially set up to accept cookies, but you can reset your browser to refuse all cookies

or to indicate when a cookie is being sent. However, some Google features and services may not function properly if your cookies are disabled.

You may choose to opt out of Google's Ad Serving cookies on the Google content network at any time by using DoubleClick's cookie opt-out.

You can decline to submit personal information to any of our services, in which case Google may not be able to provide those services to you.

## Information sharing

Google only shares personal information with other companies or individuals outside of Google in the following limited circumstances:

- We have your consent. We require opt-in consent for the sharing of any sensitive personal information.
- We provide such information to our subsidiaries, affiliated companies or other trusted businesses or persons for the purpose of processing personal information on our behalf. We require that these parties agree to process such information based on our instructions and in compliance with this Privacy Policy and any other appropriate confidentiality and security measures.
- We have a good faith belief that access, use, preservation or disclosure of such information is reasonably necessary to (a) satisfy any applicable law, regulation, legal process or enforceable governmental request, (b) enforce applicable Terms of Service, including investigation of potential violations thereof, (c) detect, prevent, or otherwise address fraud, security or technical issues, or (d) protect against imminent harm to the rights, property or safety of Google, its users or the public as required or permitted by law.

If Google becomes involved in a merger, acquisition, or any form of sale of some or all of its assets, we will provide notice before personal information is transferred and becomes subject to a different privacy policy.

We may share with third parties certain pieces of aggregated, non-personal information, such as the number of users who searched for a particular term, for example, or how many users clicked on a particular advertisement. Such information does not identify you individually.

Please contact us at the address below for any additional questions about the management or use of personal data.

## Information security

We take appropriate security measures to protect against unauthorized access to or unauthorized alteration, disclosure or destruction of data. These include internal reviews of our data collection, storage and processing practices and security measures, as well as physical security measures to guard against unauthorized access to systems where we store personal data.

We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to operate, develop or improve our services. These individuals are bound by confidentiality obligations and may be subject to discipline, including termination and criminal prosecution, if they fail to meet these obligations.

## Data integrity

Google processes personal information only for the purposes for which it was collected and in accordance with this Privacy Policy or any applicable service-specific privacy notice. We review our data collection, storage and processing practices to ensure that we only collect, store and process the personal information needed to provide or improve our services. We take reasonable steps to ensure that the personal information we process is accurate, complete, and current, but we depend on our users to update or correct their personal information whenever necessary.

## Accessing and updating personal information

When you use Google services, we make good faith efforts to provide you with access to your personal information and either to correct this data if it is inaccurate or to delete such data at your request if it is not otherwise required to be retained by law or for legitimate business purposes. We ask individual users to identify themselves and the information requested to be accessed, corrected or removed before processing such requests, and we may decline to process requests that are unreasonably repetitive or systematic, require disproportionate technical effort, jeopardize the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup tapes), or for which access is not otherwise required. In any case where we provide information access and correction, we perform this service free of charge, except if doing so would require a disproportionate effort. Some of our services have different procedures to access, correct or delete users' personal information. We provide the details for these procedures in the specific privacy notices or FAQs for these services.

## Enforcement

Google regularly reviews its compliance with this Privacy Policy. Please feel free to direct any questions or concerns regarding this Privacy Policy or Google's treatment of personal information by contacting us through this web site or by writing to us at

Privacy Matters
c/o Google Inc.
1600 Amphitheatre Parkway
Mountain View, California, 94043
USA

When we receive formal written complaints at this address, it is Google's policy to contact the complaining user regarding his or her concerns. We will cooperate with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that cannot be resolved between Google and an individual.

## Changes to this Privacy Policy

Please note that this Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent, and we expect most such changes will be minor. Regardless, we will post any Privacy Policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes). Each version of this Privacy Policy will be identified at the top of the page by its effective date, and we will also keep prior versions of this Privacy Policy in an archive for your review.

If you have any additional questions or concerns about this Privacy Policy, please feel free to contact us any time through this web site or at

Privacy Matters
c/o Google Inc.
1600 Amphitheatre Parkway
Mountain View, California, 94043
USA
©2008 Google – About Google – Feedback

Google **Google Permissions**

Home

About Google

**Google Permissions**
- **Guidelines**
- Request Form
- Brand Terms
- Promotion

**Related Links**
Press Center
Contact Us

*Find on this site:*

Search

# Guidelines for Third Party Use of Google Brand Features

## Use of Google Brand Features

### General Information

Although we'd like to accommodate all the requests we receive from users who want to add a touch of Google to their sites, we are passionate about protecting the reputation of our brand as an objective and fair provider of search results. That means we have to turn down many requests because sites imply that Google is endorsing them or is otherwise affiliated with them. The same applies if Google's trademarks, logos, web pages, screen shots, or other distinctive features ("Google Brand Features" or "Brand Features") are associated with objectionable material, as determined by Google.

As a result, we require that you have Google's explicit written permission before using any Google Brand Features. These Brand Features can be used only pursuant to these Guidelines, our Terms and Conditions, and for the specific purposes for which Google has given permission. If you have a written agreement with Google that specifically addresses how you may use its Brand Features, you don't need to go through the approval process here unless you want to do something other than what has been authorized in your existing agreement. Otherwise, the only time you can use Brand Features without advance written permission is if there is clear and express language on our website stating that you can use those Brand Features without first obtaining permission, such as is the case with our search boxes.

When you use any of our Brand Features, you must always follow the Rules for Proper Usage included in these Guidelines. In addition, Google may provide you with written requirements as to the size, typeface, colors, and other graphic characteristics of the Google Brand Features. If we provide these requirements to you at the time of our approval, you must implement them before using our Brand Features. If we provide these requirements to you after we initially gave our permission, you must implement them within a commercially reasonable timeframe.

### Approval Process

To request approval, complete the Permission Request Form, and send it to us with the information specified in the form. Although we will try to respond within 10 business days, we cannot guarantee that, and you can't use Google Brand Features until we have expressly granted you approval.

The approval to use Google Brand Features is limited to the information provided in your request. If your anticipated use changes, before or after, Google grants approval, you must update your request accordingly.

Please note that we can only give you permission to use the Google Brand Features. We cannot give you permission to use any brand features belonging to third parties.

## Trademark Basics

**What is a trademark?**

A trademark is a word, name, symbol or device (or a combination thereof) that identifies the goods or services of a person or company and distinguishes them from the goods and services of others. A trademark assures consumers of consistent quality with respect to those goods or services and aids in their promotion.

**Why is it important to use marks correctly?**

Rights to a trademark can last indefinitely if the owner continues to use the mark to identify its goods and services. If trademarks are not used properly, they may be lost and one of the company's most important assets may lose all of its value. Rights may be lost not only because of a trademark owner's improper use of the mark, but through improper use of the trademark by the public.

---

## Rules for Proper Usage

**Things to do:**

- If you are using a Google trademark, distinguish the trademark from the surrounding text in some way. Capitalize the first letter, capitalize or italicize the entire mark, place the mark in quotes, use a different type style or font for the mark than for the generic name.
- If you do not capitalize the entire mark, always spell and capitalize the trademark exactly as they are shown in the Google Trademarks and Suggested Accepted Generic Terms below.
- Use the trademark only as an adjective, never as a noun or verb, and never in the plural or possessive form.
- Use a generic term following the trademark, for example: GOOGLE search engine, Google search, GOOGLE web search.
- Use only Google-approved artwork when using Google's logos.
- If you are using a Google logo on a web page, there must exist a minimum spacing of 25 pixels between each side of the logo and other graphic or textual elements on your web page.
- Normally, an unregistered Google Brand Feature should be followed by the superscripted letters TM or SM to give notice that the company claims trademark rights in the term. A registered Google Brand Feature should be followed by the symbol ® to identify the term as a registered trademark. In advertising copy, notice of trademark rights may be provided in a footnote format – e.g., by placing an asterisk adjacent to the Google Brand Feature and placing an appropriate notice at the bottom of the page on which the asterisk appears. Example: *GOOGLE is a trademark of Google Inc.

**Things You Can't Do**

- One of the conditions for all uses is that you can't mess around with our marks. Only we get to do that. Don't remove, distort or alter any element of a Google Brand Feature. That includes modifying a Google trademark, for example, through hyphenation, combination or abbreviation, such as: Googliscious, Googlyoogly, GaGooglemania. Do not shorten, abbreviate, or create acronyms out of Google trademarks.
- Don't display a Google Brand Feature as the most prominent element on your web page.

- Don't display a Google Brand Feature in any manner that implies a relationship or affiliation with, sponsorship, or endorsement by Google, or that can be reasonably interpreted to suggest editorial content has been authored by, or represents the views or opinions of Google or Google personnel.
- Don't display a Google Brand Feature on any web site that contains or displays adult content, promotes gambling, involves the sale of tobacco or alcohol to persons under twenty-one years of age, or otherwise violates applicable law.
- Don't display a Google Brand Feature in a manner that is in Google's sole opinion misleading, unfair, defamatory, infringing, libelous, disparaging, obscene or otherwise objectionable to Google.
- Don't display a Google Brand Feature on a site that violates any law or regulation.
- Don't frame or mirror any Google page (including the page that appears in response to a click on the Google logo or Google search box).
- Don't incorporate Google Brand Features into your own product name, service names, trademarks, logos, or company names.
- Don't copy or imitate Google's trade dress, including the look and feel of Google web design properties or Google brand packaging, distinctive color combinations, typography, graphic designs, product icons, or imagery associated with Google
- Don't adopt marks, logos, slogans, or designs that are confusingly similar to our Brand Features.
- Don't register Google trademarks as second-level domain names.
- Don't use Google trademarks in a way that suggests a common, descriptive, or generic meaning.
- Trademark rights vary from country to country. Some countries have severe criminal and civil penalties for improper use of the registration symbol. Therefore, don't use the registration symbol (®) in countries where the mark has not been registered.

If there is any question about usage, requests for clarification or permission may be submitted through the process outlined at: http://www.google.com/permissions/.

---

## Google Trademarks and Suggested Accepted Generic Terms

The following are some of the trademarks owned by Google Inc. and the suggested generic terms for those trademarks.

- AdSense™ advertising service
- AdSense For Content™ program
- AdSense For Domains™ program
- AdSense For Print™ program
- AdSense For Search™ program
- AdWords™ advertising service
- AdWords Authorized Resellers™ program
- AdWords Editor™ campaign management application
- Android™ mobile technology platform
- Blogger™ web publishing service
- Broadcast Yourself™ service

- Citizentube™ channel
- Claim Your Content™ content monitoring tool
- Closed Log Avails™ tool
- Dalvik™ virtual machine
- Dmarc™ advertising service
- Dodgeball™ social networking service
- Feedburner™ services
- Feedflare™ service
- Gmail™ webmail service
- Goog 411™ service
- Google™ search or search engine
- Google Ad Manager For Advertisers™ service
- Google Adsense™ advertising program
- Google Advertising Professionals™ program
- Google Adwords™ advertising program
- Google Alerts™ email update service
- Google Analytics™ web analytics service
- Google Answers™ research service
- Google App Engine™ platform
- Google Apps™ service
- Google Audio Ads™ service
- Google Base™ online database
- Google Blog™ weblog
- Google Blog Search™ service
- Google Book Search™ service
- Google Calendar™ calendaring service
- Google Catalogs™ catalog search
- Google Chart Api™ product
- Google Checkout™ payment and billing service
- Google Code™ open source developer site
- Google Code Search™ search engine
- Google Compute™ feature
- Google Content Network™ service
- Google Co-Op™ platform
- Google Custom Search™ service
- Google Custom Search Engine™ service
- Google Dashboard Widgets™ software
- Google Data Api™ protocol
- Google Desktop™ searching software
- Google Desktop Search™ search tool
- Google Diary™ product
- Google Directory™ web directory
- Google Docs™ program
- Google Earth™ mapping service
- Google Enterprise™ products
- Google Extensions™ for Firefox software
- Google Finance™ financial information service
- Google Foundation™ non-profit organization
- Google Friend(S) ™ newsletter
- Google Gadget Ads™ technology

- Google Gadget Center™ web page
- Google Gadgets™ technology
- Google Gears™ open source browser
- Google Glossary™ glossary service
- Google Grants™ program
- Google Groups™ usernet discussion forums
- Google Health™ program
- Google Image Search™ service
- Google Labs™ research division
- Google Mail™ webmail service
- Google Maps™ mapping service
- Google Mars™ mapping service
- Google Message Discovery™ email product
- Google Message Encryption™ email product
- Google Message Filtering™ email product
- Google Message Security™ email product
- Google Mini™ hardware
- Google Mobile™ wireless service
- Google Mobile Ads™ service
- Google Mobile Updater™ application
- Google Music Search™ service
- Google Music Trends™ service
- Google News™ news service
- Google News Alerts™ service
- Google Notebook™ tool
- Google Pack™ software download service
- Google Page Creator™ tool
- Google Patent Search™ service
- Google Personalized Search™ service
- Google Print Ads™ advertising program
- Google Product Search™ price comparison service
- Google Profiles™
- Google Reader™ feed reader
- Google Ride Finder™ taxi service
- Google Safe Browsing™ api
- Google Safesearch™ filtering
- Google Scholar™ scholarly texts search
- Google Search Appliance™ hardware
- Google Sets™ set prediction service
- Google Sidebar™ software
- Google Site Search™ service
- Google Sitemaps™ service
- Google Sites™ web application
- Google Sky™ program
- Google Sms™ mobile messaging service
- Google Store™ online store
- Google Suggest™ suggestion service
- Google Talk™ instant messaging service
- Google Toolbar™ search bar
- Google Transit™ trip planning service

- Google Translate™ translation service
- Google Trends™ tool
- Google TV Ads™ advertising program
- Google Updater™ application
- Google US Government Search™ service
- Google Video™ video search
- Google Voice™ communications service
- Google Web Accelerator™ software
- Google Web Alerts™ service
- Google Web Search™ features
- Google Web Security™ for Enterprise product
- Google Web Toolkit™ open source Java software development framework
- Google Webmaster Central™ landing page
- Google Website Optimizer™ tool
- Google Zeitgeist™ report
- Google □□□□□□□™ product
- Google I II I™ product
- Google □□□™ product
- Google □□□™ product
- Google □□™ feature
- Google.Org™ non-profit foundation
- Google□□□□ □□□□□™ product
- Google I I I™ service
- Google I II II II I™ product
- Grandcentral™ communications service
- iGoogle™ personalized homepage
- I'm Feeling Lucky™ search service
- Jaiku™ service
- Joga™ online community
- Keyhole™ mapping service
- Knol™ project or website
- Listen In™ feature
- Maestro™ audio systems
- Measure Map™ web analytics service
- One Number...For Life™ service
- Open Handset Alliance™ business alliance
- Opensocial™ developer api
- Orkut™ online community
- Pagerank™ algorithm
- Panoramio™ photo-sharing community
- Picasa™ photo organizing software
- Postini™ email solutions
- Recharge It™ Google.org car program
- Ringshare™ feature
- Sketchup™ sketching software
- Songnow™ channel
- Trendalyzer™ software
- Universal Search™ vision
- Urchin™ web analytics service

- Youtube™ user-generated content website
- Youtube Screening Room™ program
- Zingku™ service
- □□□™ product
- □□™ product
- □□□□™ product
- □□□□□□™ feature
- □□□□™ product
- □□□□™ service
- □□□□□□™ product

©2008 Google - Home - About Google - We're Hiring - Site Map