Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003982
Cashier ID: harwellt
Transaction Date: 10/01/2008
Payer Name: Legal Research Srvs

---

PRO HAC VICE
For: Peter J. Willsey
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount: $210.00

---

CHECK
Check/Money Order Num: 3438
Amt Tendered: $210.00

---

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

Case # 08-cv-3888-SI

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.