RECEIVED
2008 OCT -1 AM 10: 03
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GOOGLE INC., a Delaware corporation,

Defendant(s).
_____________________________________/

CASE NO. **08-CV-03888 SI**

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Peter J. Willsey , an active member in good standing of the bar of Virginia whose business address and telephone number (particular court to which applicant is admitted) is

COOLEY GODWARD KRONISH LLP, 777 6th Street, NW, Suite 1100, Phone: (202) 842-7800 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google, Inc. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_______________________________
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California