Guido Saveri (022349)
*guido@saveri.com*
R. Alexander Saveri (173102)
*rick@saveri.com*
Cadio Zirpoli (179108)
*cadio@saveri.com*
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Pulaski & Middleman, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-3888-SI<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Saveri &

Saveri, Inc., One Eleven Center, Suite 1700, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1. PLAINTIFF'S STATEMENT IN RESPONSE TO NOTICE OF PENDENCY OF OTHER CIVIL ACTION [CIVIL LOCAL RULE 3-13 (c)]
2. PROOF OF SERVICE

on the persons listed below, by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

Robert C. Schubert
William F. Jonckheer
Kimberly A. Kralowec
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

Peter L. Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
St. Charles, IL 60174

Robert Foote
Matthew J. Herman
Mark A. Bulgarelli
FOOTE, MEYERS, MIELKE AND FLOWERS, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
KABATECH BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134

Leo P. Norton
COOLEY GODWARD KORNISH, LLP
4401 Eastgate Mall
San Diego, CA 92121

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 10th day of October, 2008 in San Francisco, California.

/s/ Megan Gardner
Megan Gardner