UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pulaski & Middleman, LLC,

Plaintiff(s),

v.

Google Inc.,

Defendant(s).

Case No. 08-CV-03888 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 29, 2008

[Party] Adam Barea for Google Inc.

Dated: October 29, 2008

[Counsel] Leo P. Norton for Google Inc.

Dockets.Justia.com