Yahoo! Inc. v. American Airlines, Inc. Doc. 24

ALTERNATIVE DISPUTE RESOLUTION PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 13, 2008

**VIA ELECTRONIC FILING ONLY**

TO: COUNSEL OF RECORD

Re: Pulaski & Middleman, LLC v. Google Inc.
Case No. C 08-03888 JW MED

Dear Counsel:

The ADR Program would like to convene a conference call with a memeber of our legal staff to discuss the Mediation referral and the appropriate time frame. We would like to schedule this for **Wednesday, November 19, 2008 at 2:30 p.m.** Plaintiff's counsel should initiate the call to all parties then call the ADR Program Phone Conference Line at 415-522-4603.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf

Dockets.Justia.com