Yahoo! Inc. v. American Airlines, Inc. Doc. 25

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAL K. LEVITTE, ET AL.,
_______________________________________/

RK WEST, INC
_______________________________________/

PULASKI & MIDDLEMAN, LLC
_______________________________________/

JIT PACKING, INC.

Plaintiff(s),

v.

GOOGLE, INC.

Defendant(s).

No. C 08-03369 JW

Related Cases:
No. C 08-03452 JW
No. C 08-03888 JW
No. C 08-04701 JW

CLERK'S NOTICE CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Consolidate Case filed in C 08-03369 JW, Hall K. Levitite,et al v. Google (Docket Item No. 34) set for February 23, 2009 at 9:00 AM has been reset to **March 2, 2009 at 9:00 AM** and the Case Management Conference set for February 23, 2009 at 10:00 AM in ALL RELATED CASES has been reset to **March 2, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement in their respective case dockets by **February 20, 2009.**

Dated: February 12, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/
Elizabeth Garcia
Courtroom Deputy

Dockets.Justia.com